MARTIN D. SINGER (SBN 78166)
ALLISON S. HART (SBN 190409)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile:   (310) 556-3615
Email:   mdsinger@lavelysinger.com
         ahart@lavelysinger.com

Attorneys for Defendant
JOHN ROE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT

| | |
|---|---|
| JOHN DOE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>TYLER CLEMENTI FOUNDATION; JOHN ROE; and DOES 1-10,<br><br>    Defendants. | CASE NO. 2:20-cv-05202 JFW (PVCx)<br>Hon. John F. Walter, Ctrm 7A<br>[LASC Case No. BC 680035]<br><br>**ORDER REGARDING STIPULATION EXTENDING DEADLINE FOR DEFENDANT JOHN ROE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   December 3, 2019 |

**ORDER**

Having read and considered the Parties' "Stipulation Extending Deadline for Defendant John Roe to Respond to Complaint," and good cause appearing therefor,

IT IS HEREBY ORDERED that, in the event Defendant John Roe's Motion to Remand this action to State Court is denied and the Court retains jurisdiction over the action, Defendant John Roe's deadline to file a responsive pleading to Plaintiff's Complaint shall be stayed pending the Court's determination of Plaintiff's anticipated motion for leave to file a first amended complaint anonymously naming parties, which Plaintiff shall file within ten (10) days of the Court's ruling on the pending Motion to Remand.

IT IS SO ORDERED.

Dated: July 31, 2020

_____
Hon. John F. Walter

2